IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
BRANSON LAMBERT                )
                               )
        Petitioner,            )
                               )
    v.                         )    1:24-cv-148
                               )
RANDOLPH COUNTY COURT,         )
                               )
        Respondent.            )
```

## ORDER

On April 29, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is construed as a habeas petition under 28 U.S.C. § 2241 and **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects cited in the Recommendation, after Petitioner exhausts all state court remedies, and the new petition must be accompanied by either the five-dollar filing fee or a current application to proceed in forma pauperis.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of November, 2024.

                                         /s/ William L. Osteen, Jr.
                                         United States District Judge